IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA TAMEZ, INDIVIDUALLY AND AS NEXT FRIEND OF C.O., A CHILD, A.O., A CHILD, AND J.O., A CHILD | § § § § § | |
| | § | CASE NO. 2:22-cv-19 |
| v. | § § | *(Jury requested)* |
| REZAEE MOHAMMED NASIM AND TRANSPORTATION, INC., GLOBE | § § § | |

## DEFENDANT REZAEE MOHAMMED NASIM'S CONSENT TO REMOVAL

NOW COMES Defendant, REZAEE MOHAMMED NASIM, in the above styled and numbered cause and files this his Consent to Removal under 28 U.S.C. § 1446(b)(2) and in support thereof would respectfully show unto the Court as follows:

REZAEE MOHAMMED NASIM, Defendant in Cause 21-08-40340-MCV; *NORMA ALEJANDRA TAMEZ, INDIVIDUALLY AND AS NEXT FRIEND OF C.O., A CHILD, A.O., A CHILD, AND J.O., A CHILD V. REZAEE MOHAMMED NASIM AND TRANSPORTATION, INC*, filed in the 293rd Judicial District Court, Maverick County, Texas hereby CONSENTS to removal of the matter to the United States District Court for the Western District of Texas, Del Rio Division.

    Respectfully submitted,

By: */s/ Gregory J. Peterson*
    GREGORY J. PETERSON
    "Attorney in Charge"
    Federal ID No. 996381
    State Bar No. 24057580
    MICHAEL F. AGUILAR
    Federal ID and State Bar No. 24117936
    GOLDMAN & PETERSON, PLLC
    10100 Reunion Place, Suite 800
    San Antonio, Texas 78216
    Telephone:  (210) 340-9800
    Facsimile:  (210) 340-9888

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 14th day of April, 2022.

**Via E-Mail: arodriguez@oscargarzalaw.com**
Mr. Alberto Rodriguez
THE LAW FIRM OF OSCAR A. GARZA, P.L.L.C.
545 Quarry Street
Eagle Pass, Texas 78852

                                                 */s/ Gregory J. Peterson*
                                             GREGORY J. PETERSON
                                             MICHAEL F. AGUILAR